UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:09-cv-01742-JSM-TBM

**WIERS FARM, INC.,**

    **Plaintiff,**

vs.

**WAVERLY FARMS, INC., GUY WORTELMAN,
KATHY WORTELMAN, and G. GENE THOMPSON,**

    **Defendants.**
_____ /
**W. J. PRODUCE,**

    **Intervening Plaintiff,**

vs.

**WAVERLY FARMS, INC., GUY WORTELMAN,
KATHY WORTELMAN, G. GENE THOMPSON,
LEGEND MELONS CO., JONATHAN D. LETSINGER,
GULFSTREAM LOGISTICS, L.L.C., and MID
FLORIDA PACKING, INC.**

    **Defendants.**
_____ /
**LSQ FUNDING GROUP, L.C.**

    **Intervening Plaintiff,**

vs.

**WAVERLY FARMS, INC. and GUY WORTELMAN,**
jointly and severally,

    **Defendants.**
_____ /

**LSQ FUNDING GROUP, L.C.**

  **Cross-Plaintiff,**

vs.

**WARNER V. JUNE d/b/a W. J. PRODUCE, WIERS FARM, INC., an Ohio corporation, and MAJESTIC PRODUCE SALES CO., a Texas corporation,**

  **Cross-Defendants.** /

**WIERS FARM, INC.,**

  **Cross-Plaintiff,**

vs.

**LSQ FUNDING GROUP, L.C.**

  **Cross-Defendants.** /

## AGREED ORDER ON WIERS FARM, INC., MAJESTIC PRODUCE SALES CO., ANTHONY GANGEMI, INC. AND LSQ FUNDING GROUP, L.C.'S NOTICE OF RESOLUTION OF CLAIMS/SETTLEMENT

The Court having reviewed the Notice of Resolution of Claims/Settlement provided to this Court by the Cross-Plaintiff/Cross-Defendants, Wiers Farm, Inc., Majestic Produce Sales Co., Anthony Gangemi, Inc. (collectively the "Produce Claimants"), and LSQ Funding Group, L.C. ("LSQ"), it is hereby **ORDERED** that:

1. The settlement terms identified within the Notice of Resolution of Claims/Settlement and executed by and among Wiers Farm, Inc., Majestic Produce Sales Co., Anthony Gangemi, Inc., and LSQ Funding Group, L.C. are hereby approved.

**IT IS FURTHER ORDERED** that:

2. Pursuant to Fed. R. Civ. P. 25(c), LSQ Funding Group, L.C. is hereby forthwith substituted as a party in this Lawsuit to that of Wiers Farm, Inc., Anthony Gangemi, Inc. and

Majestic Produce Sales Co., valid PACA trust beneficiaries of Defendant, Waverly Farms, Inc. Accordingly, henceforth, LSQ Funding Group, L.C. hereby shall be entitled to succeed, as assignee of Wiers Farm, Inc., Anthony Gangemi, Inc. and Majestic Produce Sales Co., to and obtain the recognition and entry of a Judgment in accordance with a Stipulation and the Assignments, which rights include any and all right, title, interest and claims that Wiers Farm, Inc. Anthony Gangemi, Inc. and Majestic Produce Sales Co. hold under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §§499a-t ("PACA") against Defendant, Waverly Farms, Inc. and all account debtor proceeds collected or to be collected and that are the subject matter of this litigation.

3.  The Cross-claim filed by LSQ Funding Group, L.C. against Wiers Farm, Inc., Anthony Gangemi, Inc. and Majestic Produce Sales Co. and Cross-claims, if any, filed by Wiers Farm, Inc., and Majestic Produce Sales Co. against LSQ Funding Group, L.C. are hereby dismissed and all dispositive motions between these parties are abandoned and withdrawn.

4.  Nothing contained in this Order shall adversely affect or otherwise interfere with the rights and claims that LSQ Funding Group, L.C. has, independent from its rights as successor to Wiers Farm, Inc., Anthony Gangemi, Inc. and Majestic Produce Sales Co. against Waverly Farms, Inc. or Werner V. June *dba* W.J. Produce.

5.  The parties' Stipulation and the Assignments do not include the rights and claims of Wiers Farm, Inc., Anthony Gangemi, Inc. and Majestic Produce Sales Co. that each hold in this lawsuit or under Florida law, PACA and Federal Common Law against Guy Wortelman, Kathy Wortelman, or G. Gene Thompson.

6.  The Stipulation and the Assignments entered into between Plaintiff, Wiers Farm,

Inc., Intervening Plaintiffs, Majestic Produce Sales Co., Anthony Gangemi, Inc., and Defendants, Waverly Farms, Inc., Guy Wortelman, and Kathy Wortelman and with LSQ Funding Group, L.C., respectively, are hereby approved by the Court and a separate Final Judgment will be entered in favor of LSQ Funding Group, L.C. against Waverly Farms, Inc.

**DONE AND ORDERED** in Tampa, Florida, this 29 day of March, 2011.

HONORABLE JAMES S. MOODY, JR.
UNITED STATES DISTRICT COURT JUDGE

Copies furnished counsel of record.